| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **SMART BUY APPLIANCE OUTLET LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-2970380** |
| 4. | Debtor's address | **Principal place of business**<br>**5280 S Valley View Blvd Unit J**<br>**Las Vegas, NV 89118**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**5280 S Valley View Blvd Unit J Las Vegas, NV 89118**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://smart-buy-appliance-outlet.shoplightspeed.com/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **SMART BUY APPLIANCE OUTLET LLC**        Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **SMART BUY APPLIANCE OUTLET LLC**  
Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____  
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes.  Insurance agency _____  
         Contact name _____  
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  

☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  

■ $1,000,001 - $10 million  

☐ $500,000,001 - $1 billion

Debtor  **SMART BUY APPLIANCE OUTLET LLC**                                    Case number (*if known*)
         Name

☐ $50,001 - $100,000           ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor **SMART BUY APPLIANCE OUTLET LLC**   Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  1, 2021**
                         MM / DD / YYYY

**X** **/s/ BRENDA E HORBULEWICZ**          **BRENDA E HORBULEWICZ**
Signature of authorized representative of debtor    Printed name

Title _____

**18. Signature of attorney**

**X** **/s/ David J. Winterton**     Date **December  1, 2021**
Signature of attorney for debtor         MM / DD / YYYY

**David J. Winterton 004142**
Printed name

**David Winterton & Associates, LTD**
Firm name

**7881 W. Charleston Blvd.**
**Suite 220**
**Las Vegas, NV 89117**
Number, Street, City, State & ZIP Code

Contact phone **702-363-0317**     Email address **autumn@davidwinterton.com**

**004142 NV**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **SMART BUY APPLIANCE OUTLET LLC** | |
| United States Bankruptcy Court for the: **DISTRICT OF NEVADA** | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 1, 2021**      **X /s/ BRENDA E HORBULEWICZ**
　　　　　　　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　**BRENDA E HORBULEWICZ**
　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **SMART BUY APPLIANCE OUTLET LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Gold<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329 | | Credit Card | Disputed | | | $25,000.00 |
| American Express Platinum<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | | Credit Card | Disputed | | | $28,000.00 |
| CAPITAL ONE<br>P.O. BOX 60599<br>CITY OF INDUSTRY, CA 91716 | | Credit Card | Disputed | | | $20,565.32 |
| Capital One Spark Cash Select<br>Attn: General Correspondence<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | | Credit Card | Disputed | | | $19,913.12 |
| Carter Credit Union<br>P.O. Box 814<br>Stillwater, OK 74075 | | MBL SBA Payroll Relief Ln# 161 | Disputed | | | $137,500.00 |
| Carter Credit Union<br>P.O. Box 814<br>Stillwater, OK 74075 | | MBL SBA Payroll Relief Ln# 160 | Disputed | | | $125,000.00 |
| CFG Merchant Solutions<br>180 Maiden Lane, Floor 15<br>New York, NY 10038 | | Services Rendered | Disputed | | | $82,000.00 |
| Economic Injury Disaster Loan /SBA<br>P.O. Box 3918<br>Portland, OR 97208 | | Economic Injury Disaster Loan | Disputed | | | $150,000.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **SMART BUY APPLIANCE OUTLET LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Everest Business Funding**  8200 NW 52nd Ter. 2nd Floor  Miami, FL 33166 | | **Business Loan** | **Disputed** | | | $110,000.00 |
| **Forward Financing**  53 State St 20th Floor,  Boston, MA 02109 | | **Loan** | **Disputed** | | | $131,000.00 |
| **JGD 5280 VV, LLC**  1929 Van Ness Ave.  San Francisco, CA 94109 | | **Rent** | **Disputed** | | | $102,000.00 |
| **Marcus Oghigian**  12105 El Portico  Las Vegas, NV 89138 | | **Business Loan** | **Disputed** | | | $140,000.00 |
| **Martin Oghigian**  12105 El Portico  Las Vegas, NV 89138 | | | **Disputed** | | | $100,000.00 |
| **Nevada Department of Taxation**  2550 Paseo Verde PKWY # 180  Henderson, NV 89074 | | | **Disputed** | | | $50,000.00 |
| **Paypal Loan Builder-Swift Financial**  3505 Silverside Rd.  Wilmington, DE 19810 | | **Loan** | **Disputed** | | | $48,500.00 |
| **R & B Wholesale Distributers**  2350 S. Milliken Ave  Ontario, CA 91761 | | | **Disputed** | | | $25,695.00 |
| **State of Nevada Department of Taxation**  1550 College Parkway, Suite 115  Carson City, NV 89706 | | | **Disputed** | | | $25,800.00 |
| **Tom Munkers**  7251 W Lake Mead Blvd Suite 300  Las Vegas, NV 89128 | | | **Disputed** | | | $250,000.00 |
| **Viamedia**  6700 Via Austi Pkwy  Las Vegas, NV 89119 | | | **Disputed** | | | $14,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor **SMART BUY APPLIANCE OUTLET LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Zephyr**<br>**2277 Harbor Bay**<br>**Pkwy**<br>**Alameda, CA 94502** | | | **Disputed** | | | **$17,094.00** |

```
SMART BUY APPLIANCE OUTLET LLC
5280 S Valley View Blvd Unit J
Las Vegas, NV 89118

David J. Winterton
David Winterton & Associates, LTD
7881 W. Charleston Blvd.
Suite 220
Las Vegas, NV 89117

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV 89151-4010

CLARK COUNTY TREASURER
c/o Bankruptcy Clerk
BOX 551220
500 SOUTH GRAND CENTRAL PKWY
Las Vegas, NV 89155-1220

DEPT OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
Carson City, NV 89713

DEPT OF MOTOR VEHICLES
PUBLIC SAFETY RECORDS DIVISION
555 WRIGHT WAY
Carson City, NV 89711-0001

IRS
P.O. Box 7346
Philadelphia, PA 19101

NEVADA DEPT OF TAXATION
BANKRUPTCY SECTION
555 E WASHINGTON AVE #1300
Las Vegas, NV 89101

Social Security Administration
Regional Cheif Counsel, Region IX
160 Spear Street, Suite 800
San Francisco, CA 94105

United States Trustee
300 Las Vegas Blvd., S. #4300
Las Vegas, NV 89101-6637

American Express Gold
Acct No x1007
P.O. Box 297879
Fort Lauderdale, FL 33329
```

```
American Express Platinum
P.O. Box 0001
Los Angeles, CA 90096-8000

CAPITAL ONE
Acct No 0079
P.O. BOX 60599
CITY OF INDUSTRY, CA 91716

Capital One Spark Cash Select
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130

Carter Credit Union
Acct No 3119
P.O. Box 814
Stillwater, OK 74075

Carter Credit Union
Acct No 3119
P.O. Box 814
Stillwater, OK 74075

CFG Merchant Solutions
180 Maiden Lane, Floor 15
New York, NY 10038

Economic Injury Disaster Loan /SBA
P.O. Box 3918
Portland, OR 97208

Everest Business Funding
Acct No xx0087
8200 NW 52nd Ter.
2nd Floor
Miami, FL 33166

Forward Financing
Acct No x3824
53 State St 20th Floor,
Boston, MA 02109

Fundbox
300 Montgomery Street
San Francisco, CA 94104

JGD 5280 VV, LLC
1929 Van Ness Ave.
San Francisco, CA 94109

Marcus Oghigian
12105 El Portico
Las Vegas, NV 89138
```

```
Martin Oghigian
12105 El Portico
Las Vegas, NV 89138

Mitsubishi HC Capital America
21925 Network Place
Chicago, IL 60673

Mitsubishi HC Capital America
21925 Network Place
Chicago, IL 60673

Mitsubishi HC Capital America
21925 Network Place
Chicago, IL 60673

Mitsubishi HC Capital America
21925 Network Place
Chicago, IL 60673

Nevada Department of Taxation
2550 Paseo Verde PKWY # 180
Henderson, NV 89074

Paypal Loan Builder-Swift Financial
Acct No xxxxx1540
3505 Silverside Rd.
Wilmington, DE 19810

R & B Wholesale Distributers
2350 S. Milliken Ave
Ontario, CA 91761

Reliable High Performance Products, Inc
537 W. Golf Road
Arlington Heights, IL 60005

State of Nevada Department of Taxation
1550 College Parkway, Suite 115
Carson City, NV 89706

Tom Munkers
7251 W Lake Mead Blvd Suite 300
Las Vegas, NV 89128

Viamedia
6700 Via Austi Pkwy
Las Vegas, NV 89119

Yelp
5930 Hamilton Blvd
Allentown, PA 18106
```

```
Zephyr
2277 Harbor Bay Pkwy
Alameda, CA 94502
```

# United States Bankruptcy Court
### District of Nevada

In re: **SMART BUY APPLIANCE OUTLET LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **SMART BUY APPLIANCE OUTLET LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 1, 2021**
Date

/s/ David J. Winterton
**David J. Winterton 004142**
Signature of Attorney or Litigant
Counsel for **SMART BUY APPLIANCE OUTLET LLC**
**David Winterton & Associates, LTD**
**7881 W. Charleston Blvd.**
**Suite 220**
**Las Vegas, NV 89117**
**702-363-0317 Fax:702-363-1630**
**autumn@davidwinterton.com**

**United States Bankruptcy Court**
**District of Nevada**

In re    **SMART BUY APPLIANCE OUTLET LLC**                                   Case No.
                                    Debtor(s)                                 Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **BRENDA E HORBULEWICZ**, declare under penalty of perjury that I am the Owner/ Managing Member of **SMART BUY APPLIANCE OUTLET LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **1st** day of **December**, 20**21**.

"Whereas, it is in the best interest of this Limited Liability Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **BRENDA E HORBULEWICZ**, of this Limited Liability Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **BRENDA E HORBULEWICZ**, of this Limited Liability Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **BRENDA E HORBULEWICZ**, of this Limited Liability Corporation is authorized and directed to employ **David J. Winterton 004142**, attorney and the law firm of **David Winterton & Associates, LTD** to represent the corporation in such bankruptcy case."

Date    **December  1, 2021**                         Signed   **/s/ BRENDA E HORBULEWICZ**
                                                               **BRENDA E HORBULEWICZ**

Resolution of Board of Directors
of
**SMART BUY APPLIANCE OUTLET LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **BRENDA E HORBULEWICZ**, of this Limited Liability Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Limited Liability Corporation; and

Be It Further Resolved, that **BRENDA E HORBULEWICZ**, of this Limited Liability Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **BRENDA E HORBULEWICZ**, of this Limited Liability Corporation is authorized and directed to employ **David J. Winterton 004142**, attorney and the law firm of **David Winterton & Associates, LTD** to represent the corporation in such bankruptcy case.

Date  **December  1, 2021**                                Signed  _____

Date  **December  1, 2021**                                Signed  _____